# EXHIBIT F

**studioIP**

---

## re: Tenzing Financial

---

**Caroline Fox** <Caroline@waylaw.com>                                      Mon, Nov 10, 2025 at 1:35 PM
To: "vmerenda@studioiplaw.com" <vmerenda@studioiplaw.com>

Good morning,

I am responding to your letter to Tenzing Financial, LLC, dated October 23, 2025.

My client formed Tenzing Financial, LLC in June of 2020, and began operating under
the Tenzing Financial in summer of 2025.  Your client did not file its application for registration
until October 2025.  Therefore, we are arguing about common law rights to the mark in
question.

My client, through use, has established geographical common law use before your client's filing
date.  We have served clients in Virginia, Florida, Georgia, Alabama, Arkansas, Arizona,
Colorado, Connecticut, Kentucky, Hawaii, Pennsylvania, Texas, Hawaii, Ohio, Oregon, South
Carolina, Indiana, Minnesota, Maine, and others.

Additionally, the design mark in question-- the "T" mark-- is not distinct enough in its non-
functional elements as to support an allegation of confusion.  We fervently and completely reject
the allegation that the marks are anywhere close to similar, let alone confusing.

We are amenable to coexistence, but in the event of further threatened action, we will file an
opposition to your client's registration.

I look forward to resolving this without escalation.


Very truly yours,


Caroline J. Fox
Attorney
**Way Law PLLC**
Main: (804) 500-9874
Direct: (804) 715-1893
Fax: (804) 500-7990
waylaw.com


**The best thanks is a referral from a happy client!**

**Upcoming Out of Office Dates:**

Out of Office - Wednesday, November 5, 2025
Veteran's Day -- November 12, 2025
Thanksgiving — November 26-28, 2025
Holiday - December 22-26
New Year - December 31 — January 2

This message may contain information that is privileged, confidential and/or exempt from
disclosure under applicable law. If you are not the INTENDED RECIPIENT, you are hereby
notified that any disclosure, copying, distribution, or use of the information contained herein
(including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately
contact the sender and destroy the material in its entirety, whether electronic or hard copy format. Thank you.