**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

**TENZING FINANCIAL ADVISORS, PLLC,**

      **Plaintiff,**

**v.**                                                                **Case No. 4:26-cv-44-JKW-RJK**

**TENZING FINANCIAL, LLC,**

      **Defendant.**

## DEFENDANT'S MOTION TO DISMISS

Defendant, Tenzing Financial, LLC ("Defendant"), by counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), moves to dismiss Counts I, II, and IV of the Complaint filed by plaintiff, Tenzing Financial Advisors, PLLC. The grounds and authorities in support of this Motion to Dismiss are set forth in the Memorandum of Support filed simultaneously herewith.

WHEREFORE, defendant, Tenzing Financial, LLC, respectfully requests that the Court dismiss Counts I, II, and IV of the Complaint with prejudice and award Defendant such further and other relief as the Court deems appropriate.

Dated: May 4, 2026                    TENZING FINANCIAL, LLC

                                          By:    */s/ Kristan B. Burch*
                                          Kristan B. Burch (VSB No. 42640)
                                          Helen E. Gehle (VSB No. 101819)
                                          Kaufman & Canoles, a professional corporation
                                          150 W. Main Street, Suite 1900
                                          Norfolk, VA 23510
                                          (757) 624-3343
                                          (757) 624-3222
                                          (888) 360-9092 Facsimile
                                          Email: kristan.burch@kaufcan.com
                                          Email: helen.gehle@kaufcan.com

                                          *Counsel for Tenzing Financial, LLC*