**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

**TENZING FINANCIAL ADVISORS, PLLC,**

      **Plaintiff,**

**v.**                                        **Case No. 4:26-cv-44-JKW-RJK**

**TENZING FINANCIAL, LLC,**

      **Defendant.**

## STIPULATION OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE THAT, Plaintiff Tenzing Financial Advisors, PLLC and Defendant Tenzing Financial, LLC have reached a settlement of all claims and defenses in this matter; and stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action, including all claims raised, or that could have been raised, in the pleadings filed herein, shall be and are DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorneys' fees, and expenses.

Respectfully submitted,

[endorsements follow]

**WE ASK FOR THIS:**

/s/ *Clinton H. Brannon*
Clinton H. Brannon (VSB No. 72340)
WILLIAMS MULLEN
8350 Broad Street, Suite 1600
Tysons, Virginia 22102
(703) 760-5226
(703) 748-0244 Facsimile
cbrannon@williamsmullen.com

Jessie L. Pellant (admitted *pro hac vice*)
Vincent Merenda (admitted *pro hac vice*)
StudioIP
3000 Lawrence Street
Denver, CO 80205
jpellant@studioiplaw.com
vmerenda@studioiplaw.com
*Counsel for* Plaintiff Tenzing Financial Advisors, PLLC

/s/ *Kristan B. Burch*
Kristan B. Burch (VSB No. 42640)
Kaufman & Canoles, a professional corporation
150 W. Main Street, Suite 1900
Norfolk, VA 23510
(757) 624-3343
(888) 360-9092 Facsimile
kristan.burch@kaufcan.com
*Counsel for* Defendant Tenzing Financial, LLC